# United States District Court

Northern District of Texas

Jeremy Wayne Atkins,
Plaintiff,

v.

Judge Keli Aiken, et al.,
Defendants.

Case No. 3:25-cv-1673-B-BN

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff–Appellant Jeremy Wayne Atkins appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on July 31, 2025, as well as all interlocutory orders merged therein, in the above-captioned case in the United States District Court for the Northern District of Texas.

Respectfully submitted,

Dated: August 15th, 2025

_____

Jeremy Wayne Atkins
P.O. Box 1116
Alpine, TX 79831
jeremy.atkins@outlook.com
808-345-8426
Plaintiff–Appellant, pro se
Proceeding in forma pauperis pursuant to district court order dated [insert IFP order date]