IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEREMY WAYNE ATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1673-B |
| | § | |
| JUDGE KELI AIKEN, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Jeremy Wayne Atkins's motion to alter or amend judgment under Federal Rule of Civil Procedure 59(e) [Dkt. Nos. 76, 77-1] and, solely for statistical purposes, DIRECTS the Clerk of Court to REOPEN and then CLOSE this case.

SO ORDERED this 3rd day of September, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE